```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JIANPING ZHU,

          Plaintiff,

  - against -

ATTORNEY GENERAL MERRICK B. GARLAND, ET AL.,

          Defendants.

24-cv-366 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **April 24, 2024** at **3:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
       April 16, 2024

                                  John G. Koeltl
                              United States District Judge