```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------

JIANPING ZHU,

              Plaintiff,

   - against -

ATTORNEY GENERAL MERRICK B. GARLAND, ET AL.,

             Defendants.

24-cv-366 (JGK)

ORDER

----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff should report to the Government on the status of the case by **June 7, 2024**. Any motion by the Government is due **June 28, 2024**. The plaintiff should file any response by **July 19, 2024**. The Government should file any reply by **August 2, 2024**.

SO ORDERED.

Dated:    New York, New York
            April 24, 2024

                                            John G. Koeltl
                                 United States District Judge